**WELLS FARGO BANK, N.A., Appellant**

v.

**Evelyn MITCHUM and All Occupants of 7144 Canyon Ridge Drive, Dallas, Texas 75227, Appellees.**

No. 05–12–01275–CV.

Court of Appeals of Texas, Dallas.

Jan. 18, 2013.

Robert F. Maris, Matthew Lindsey, Dallas, TX, for appellant.

Stewart Ransom Miller, DeSoto, TX, for appellees.

Before Justices BRIDGES, O'NEILL and MURPHY.

**OPINION**

Opinion by Justice BRIDGES.

The Court has before it appellant's January 9, 2013 motion to dismiss the appeal. Appellant states it no longer desires to pursue the appeal. We grant the motion

and dismiss the appeal. *See* Tex.R.App. P. 42.1(a)(1).